FILED

*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING*

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: **November 12, 2009** | Honorable Peter J. McNiff, Presiding | 2:45 pm, 11/12/09 |
| Time: 10:00 a.m.  To: 10:05 a.m.   Location: Telephone Conference | | Tim J. Ellis
Clerk of Court |

In re: **Aspen Development, LLC**                                                                   Case No. 09-20184
                                                                                                                      Chapter 11
                                                            Debtor.

| | Appearances | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | **Hampton Young** |
| Creditor | | Counsel | **Tim Stubson** |

Proceedings:   Hearing on Debtor's Motion for Reconsideration of Motion for Order Granting Relief from the Automatic Stay and the objection filed by Pinnacle Bank

[X]

Orders:
- [ ]  Relief sought:   [ ] Granted   [ ] Denied   [ ] Case Dismissed   [ ] Continued:
- [ ]  Matter taken under advisement
- [ ]  Formal order or judgment to enter   [ ] To be prepared by: _____
- [ ]  These minutes constitute the court's official order in this matter

[X]  The hearing is to be scheduled by order of the court. Both parties are necessary for the hearing.

Date: **November 12, 2009**                                                                         FOR THE COURT:

                                                                                                                      By: _____