UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

Date: **March 31, 2010**                     Honorable Peter J. McNiff, Presiding
Time: 9:00 a.m.   To: 9:30 a.m.          Location: Video Conference

**FILED**

**MAR 3 1 2010**

TIM J. ELLIS, Clerk
United States Bankruptcy Court
District of Wyoming

In re: **Aspen Development**                            Case No. 09-20184
                                                         Chapter 11
                                         Debtors.

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | UST | | Counsel | Michele Hankins |
| Debtor(s) | | | Counsel | Hampton Young |
| Creditor | Bloedorn Lumber Company | | Counsel | Stephen Winship |
| Creditor | Pinnacle Bank | | Counsel | Timothy Stubson |

Proceedings: Evidentiary Hearing on the United States Trustee's Motion to Dismiss or Convert Case, the Joinder in the Motion to Convert filed by Bloedorn Lumber Company, the Joinder in the Motion to Dismiss filed by Pinnacle Bank and the consent to the Dismissal by the debtor

[ ] Witnesses sworn:

[X]
Hankins: This is the second motion to convert or dismiss. There is an inability to reorganize.
Winship: Joined the Motion as to conversion. Case should continue under chapter 7 trusted supervision. Assetes involved. If case is dismissed there will be litigation in a state court. This court has background with this case.
Stubson: Joined motion as to dismissal. Lien claims on proceeds. Court could issue order protecting lien holders until claims are worked out.
Young: Joined motion as to dismissal. Funds held in Escrow. Bloedorn has no liens on funds in escrow. Debtors don't want to liquidate. Want to continue business outside of bankruptcy. Dismissal wont affect Bloedorn. No equity to pay lien claims due to stay relief.

Orders:
   [ ]  Relief     [x] Granted     [ ] Denied      [ ] Case        [ ] Continued:
   []   Matter taken under advisement
   [x]  Formal order or judgment to    [ ] To be prepared   Michele Hankins
   [ ]  These minutes constitute the court's official order in this matter

**[X] Granted as to dismissal**

Date: **March 31, 2010**                      FOR THE COURT:

                                              By: _____