IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ASPEN DEVELOPMENT, LLC, | ) | CASE NO: 09-20184 |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

FILED

3:43 pm, 4/7/10

Tim J. Ellis
Clerk of Court

## ORDER DISMISSING CASE

**THIS MATTER** having come before the Court on March 31, 2010 upon the United States Trustee's Second Motion to Convert or Dismiss Case; Michele R. Hankins appearing for the United States Trustee's Office, Stephen R. Winship appearing for Bloedorn Lumber Co., Timothy M. Stubson appearing for Pinnacle Bank and Hampton M. Young appearing for the Debtor; the Court having reviewed the pleadings, having heard the arguments of counsel and being fully advised in the premises FINDS that (1) all parties agree that cause for the subject motion exists under 11 U.S.C. §1112(b)(4), and (2) it is in the best interest of the creditors and the estate that the case be dismissed rather than converted since the remaining issues can best be resolved by the appropriate state court(s);

**NOW, THEREFORE** it is hereby **ORDERED** that this case is dismissed pursuant to 11 U.S.C. §349(b) except that the judicial lien in favor of Bloedorn Lumber Co. attaching to the sale proceeds held in escrow, which were derived from the sales of 6112 Rosado, Casper, Wyoming and/or 633 E. 14th, Casper, Wyoming, as ordered by this Court's "Order Granting Debtor-In-Possession's Revised Motion to Amend Order to Sell

1

Property Free and Clear of Liens and Other Interests" filed February 24, 2010, shall remain unaffected by this dismissal.

DATED this 7 day of April, 2010.

BY THE COURT:

_____
United States Bankruptcy Court Judge

Approved as to Form:

_____
Stephen R. Winship
Attorney for Bloedorn Lumber Co.